### UNITED STATES v. FIELD et al.

#### (Circuit Court of Appeals, Seventh Circuit. February 11, 1893.)

#### No. 68.

CUSTOMS DUTIES—PROPERTY SUBJECT TO DUTY—SILK VEILS.
    Silk goods, which, although made in the manner of laces, and having the substantial characteristics of laces, are not commercially known as "laces," but as "silk nets," "veilings," and "drapery nets," are dutiable under Schedule L, (paragraph 414 of the customs act of 1890,) as a manufacture of silk not otherwise provided for, and not as silk laces. 50 Fed. Rep. 908, affirmed.

Appeal from the Circuit Court of the United States for the Northern District of Illinois.

Proceeding by Marshall Field & Co. to review a decision of the board of general appraisers. The circuit court reversed the decision, and ordered the collector to reliquidate the duties. 50 Fed. Rep. 908. The government appeals. Affirmed.

Thos. E. Milchrist, U. S. Dist. Atty.
N. W. Bliss, for appellees.

Before GRESHAM and WOODS, Circuit Judges, and BUNN, District Judge.

PER CURIAM. The decree appealed from is affirmed upon the grounds stated in the opinion of the court below, reported in 50 Fed. Rep. 908.